[No. 45702-1-I.  Division One.  November 13, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. IAN CLYDE LANE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-02888-7, Harriett M. Cody, J., entered November 2, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 46436-1-I.  Division One.  November 13, 2001.]

THE STATE OF WASHINGTON, *Appellant*, v. MICHAEL L. COTTRELL, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 99-1-01469-8, Ellen J. Fair, J., entered April 29, 2000. *Reversed* by unpublished per curiam opinion.

[Nos. 46665-8-I; 47063-9-I.  Division One.  November 13, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN RICHARD WELL, *Appellant*.

Appeals from judgments of the Superior Court for Snohomish County, No. 80-1-00130-7, Thomas J. Wynne, J., entered April 19 and May 5, 2000. *Remanded* by unpublished opinion per Cox, J., concurred in by Becker, A.C.J., and Kennedy, J.

[No. 47001-9-I.  Division One.  November 13, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY DWAYNE HARRIS, *Appellant*.
*In the Matter of the Personal Restraint of* JEFFREY DWAYNE HARRIS, *Petitioner*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-00476-1, Marilyn R. Sellers, J., entered June 26, 2000, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished per curiam opinion.